UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'08 APR 25 14:17USDC-O

JOHN McCAULEY,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

CV 07-6123-MO

**ORDER**

Attorney fees in the amount of $3,252.50 and costs in the amount of $21.09 for a total of $3,273.59 is hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Dated this 25 day of April, 2008.

                              /s/ Michael W. Mosman
                              United States District Judge